**AG ROUTE SEVEN PARTNERSHIP,** Hermine R. Akrawi, Mike M. Akrawi, V.A. Arjun, Samuel J. Avery, Caroline M. Avery, Jeana Axelrod, Michael L. Barrett, Jon W. Bell, James R. Belote, Charles Berney, Bristol Industries, Inc., David P. Callett, Canal Investment Society L.P., James B. Carr, Ruth H. Carr, Sterling R. Collett, III, Warren E. Connelly, Lyman M. Drake, III, Lyman M. Drake, III Children's Trust, David H. Eisenstat, Frank L. Evans, Darrell C. Ferguson, and Ferguson Special Trust No. 1, Plaintiffs–Appellants,

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff,**

v.

**United States, Defendant–Appellee.**

No. 03–5144.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 16, 2003.

ORDER

Appellants having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellants' brief is due within 60 days from the date of filing of this order.